342

755 A.2d 692

Fred M. MYERS

v.

Bedford F. BOYLSTON, M.D., and L. Bruce Althouse,
M.D., and Polyclinic Medical Center.

Fred M. Myers

v.

L. Bruce Althouse and Polyclinic Medical Center.

Petition of Fred M. Myers.

Supreme Court of Pennsylvania.

July 21, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of July, 2000, the Petition for Allowance of Appeal is granted, limited to the following issue:

Whether the lower courts misapplied the standard for compulsory non-suit and/or directed verdict in determining whether Petitioner presented a prima facie case of negligence under a res ipsa loquitur theory.